No. 00–737. RUSSELL v. CAPITAL ONE BANK. C. A. 6th Cir. Certiorari denied.

No. 00–738. NACE v. ACHIEVEMENT & GUIDANCE CENTERS OF AMERICA, INC./MEDCO BEHAVIORAL CARE SYSTEMS. C. A. 2d Cir. Certiorari denied.

No. 00–740. AEROVIAS DE MEXICO, S. A. DE C. V., DBA AERO-MEXICO v. PREVOISIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–743. BUETTNER v. ARCH COAL SALES CO., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–748. DAWSON v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–756. STEWART v. ADOLPH COORS CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–757. WILLIAMS v. HOUSTON FIREFIGHTERS' RELIEF AND RETIREMENT FUND ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–764. TAYLOR, ADMINISTRATRIX OF THE ESTATE OF MASON, DECEASED v. ADAMS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–766. JUDGE v. SUPERIOR COURT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 00–771. EDWARDS v. GOBER, ACTING SECRETARY OF VET-ERANS AFFAIRS. C. A. 5th Cir. Certiorari denied.

No. 00–772. CARTER v. RODGERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–773. COLLIE v. KENDALL, JUDGE, UNITED STATES DIS-TRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–775. PACIULAN ET AL. v. GEORGE, CHIEF JUSTICE, SU-PREME COURT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.